Good morning, Honors. I'm Robert Chalker, Jr. I'm a professor of finance at CML, and I'm also a law professor. I'd like to observe a few minutes for you. I'll just begin. The court knows that we're really pitching styles to each other. It's just a question of who's your husband, your ex-wife, or your husband's ex-wife. In general, what we have to do here is balance the integrity of judicial assessments, such as pre-marriage. The court had asked the parties, first of all, to address the special question of whether the ex-wife or married intercepts the disenfranchised family. On the one hand, we have a law that is considered a common-law marriage. There is such a thing also in the early 20th century code. And, perhaps, two days later, there's a common-law marriage by-election. The parties are saying that we have to put it on a law marriage, such that it is not a common-law marriage. For example, I don't think that's the issue in this court. I think that it's a common-law marriage. It's just a question of whether the ex-wife or married intercepts the family. The common-law marriage is a sort of borderline common-law marriage. It's a common-law marriage. It is not a common-law marriage. I'm going to try to explain as much as possible to you about common-law marriage. However, it needs to be followed. People who check the title of the court have no knowledge of this document. It's just a file. By the ex-wife's family, the person who said such a thing, they should be treated as a criminal. Today, we have two questions on marriage. We're going to see if one is valid to us. Legally, that's one. This is for you as an ex-wife's family. We're requesting today that the Supreme Court rule that the witness files alone because it's a question of whether or not the ex-wife or married intercepts the family. And based on the judgment of the court, that's a consensus that the woman can intercept the child. That is not a common-law marriage. It's a common-law marriage. It's not a common-law marriage. Thank you. Well, I agree. I agree. Well, there's no overlap. When a husband and I get 60-person experience doing this for many years, when a husband calls the Jesus walk, there is no overlap. There's a lot of cases involved. There's more different cases interacting with individual folks who are not out there engaging in self-conviction. These are things that we're working on. Well, speaking of this kind of narrative process, this is why I put in the word process, versus a marital corrugation of the domestic women's offices. I understand that there is definitely a problem with spouse speech, as it may be used generally as the husband is the wife. I understand that. But I guess it's a stand-alone policy argument. In the case of domestic abuse, there are many situations where marriage should be challenged. I think fidelity is one example. But marriages can come back whenever such things are reconciled. And in this particular case, there was nearly a one-year gap between the assaults, which we don't deny to the case, and the time that the father was arrested. And certainly the child he has, his wife, justifiably says he's married. They've gone to counseling. They've gone to church. They've tried to reconcile their marriage. There's also the effect on the children. And, of course, to the point that you spoke earlier, there's not a distinction. And in that type of case, the question is whether the wife is in a better position to decide whether or not she wants the husband to repent of this, or is this to happen to her. Certainly, of course. I mean, there's a possibility. But otherwise, I'm not certain. Thank you very much. That's the case. Of course. Absolutely. I want more names to come up. But I do have one. It's not going to be able to do the job. It's not going to be able to do the job. Yeah. It's a strong argument for government. I would have to point out, however, that we have this case being heard in state court in Montana, which is this year adopted. So in relation to what's been said, I just think we have to come up first in Montana. However, prior to that time, I was working with someone on a small group in St. Lucie High School, in the garden, and we were talking about the situation. She called me over to get started. She goes, to me, you're a partner. You're a partner in your family, and you have a solid set of governments, and your son was born four years ago. So Native Americans especially, I'm a very strong Native American, especially have an interest in this type of case. And it's actually interesting, and I was just very fascinated. I understood that. It seems to me that Native Americans are very well aware of this. They're having this type of work. They've seen it during some incarceration. So I think it's just something to point. And I would also just want to point another argument from public policy, which is the compromising philosophy, that the woman needs to judge it for herself. During this program, I've seen where a woman doesn't get, so to speak, if she's coming back for more, but that's not the case. And that's when we're seeing, too, a kind of spousal smear, where there's very specific views, but they're making a bona fide decision that they have to do it inside themselves, and you see that for certain reasons, but in common, in context, as well. That's one of the reasons we have to make the decision that we have to do it as a process, and please, don't just buy it by reading the ads and the way in which others put their husband's name on there. Those are primarily domestic, cultural, sexual, sexual, individuals in South Dakota who call themselves ordinary, traditional types, and they're, of course, producing people like you. This is one of those problems, in that the archbishop is in New Jersey, and he calls the people that have original conduct all the ordinary people, and he calls them the messiah. That's what he's called. That's what most of us are. So, the idea of coming to the age of marriage and the prohibition of the marriage is justified because there are certain people who, in one, the federal court in that church basically says, I mean, two, she did not want her husband to have sex just in the four years between marriage, so she had to make a choice between what to say that year and what to say that year. So, in terms of marriage, it's a different question. This is a hard one, because what I'm going to do now is to share six very important points to make to the court  First of all, the court is not asking the court to create the rule of law. The court is asking the court to reduce the number of women who have sex in the church based on the law since 1631, and that is to ensure that the victim stops the criminal court and does not serve the needs of their own sex privilege. The second important point is regarding the treatment decision. The court's decision here today is not related to the decision to treat women. The court is dealing with whether or not if there is sexual privilege in the church, and then how it belongs in the case of sex. In this case, survivors have already stepped before treatment in order to determine whether or not there is sexual privilege in the first place. That's why treatment is not controlled in this situation. The third important point here is the illusion of public policy. As much as Canada was already referenced in the court's previous case, the public policy is about sex privileges. So, if you're looking at the principle of protecting marriage, the fact that the marriage was only used in parallel sex privileges is not important. Public policy    the case of sexual privilege. In this case, the public policy against Congress was central. And that is clear from the evidence that Congress didn't have enough evidence       case of the case of the case of the case of the case of the case of the case of
judges: Watford, Owens, Chhabria